# MEMORANDUM DECISIONS

D. P. NICHOLS, Respondent, v. LEWIS RILEY et al., Appellants. (Civil No. 121.)

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai.

Clark Churchill, for Appellants.

C. B. Rush, for Respondent.

January 12, 1885. Reversed and remanded for new trial.

---

TRANQUILITY MINING COMPANY, Plaintiff and Respondent, v. HEAD CENTER CONSOLIDATED MINING COMPANY, Defendant and Appellant. (Civil No. 96.)

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

Garber, Thornton and Bishop, R. S. Mesick, and Geo. R. Williams, for Appellant.

Lewis and Dibble, for Respondent.

February 23, 1885. Dismissed.